Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

**FILED**

AUG 07 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Defendant, Roberto Olivares

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff,

    vs.

ROBERTO OLIVARES

        Defendant

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:12-cr-00106-LJO-DLB-1

**STIPULATION TO RETURN CASH
DEPOSIT;  ORDER**

The parties through their respective counsel hereby agree and stipulate as follows:

I.      On May 9, 2012, the Court set bond for defendant Roberto Olivares in the sum of $20,000 to be secured by cash deposit and/or a property bond.

2.      On May 10, 2012, Alex Olivares, defendant's brother, deposited a cashier's check in the sum of $10,000 with the Court Clerk.

3.      On May 23, 2012, the defendant's brother deposited an additional $10,000 cashier's check with the Court Clerk. The government was satisfied with the documentation provided as to the source of these funds.

4.      The government did not approve the deposit made on May 10, 2012 as it was not satisfied with the documentation provided as to the source of the funds.

5.      On May 31, 2012, Alex Olivares deposited another cashier's check in the sum of $10,000 to perfect the bond. The government was satisfied as to the source of these funds and approved the bond on June 1, 2012.

6.      On June 4, 2012, the Court signed the release order for defendant Robert Olivares based on the $20,000 cash deposit.

In order to obtain release of the $10,000 deposited with the Court on May 10, 2012, a Court order is required by the Court Clerk.  The parties hereby stipulate and agree that the funds deposited with the Court Clerk on May 10, 2012 in the sum of $10,000, Receipt No. CAE 100018886, shall be returned to:

Alex Olivares

26331 Road 68

Tulare, CA  93274

So Stipulated and Agreed.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: August 6, 2012          By:   /s/ Stanley A. Boone
                                     STANLEY A. BOONE
                                     Assistant United States Attorney
                                     Counsel for Plaintiff


                                     JEFFREY T. HAMMERSCHMIDT
                                     Hammerschmidt Broughton Law Corp.

Dated: August 6, 2012          By:   /s/ Jeffrey T. Hammerschmidt
                                     JEFFREY T. HAMMERSCHMIDT
                                     Attorney for Defendant, Roberto Olivares


**PROPOSED ORDER**

**IT IS SO ORDERED.**

Dated:      8-7-12                   _____
                                     UNITED STATES JUDGE