1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
   the United States of America
7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,    )   Case No: 1: 12-cr-00106 LJO/DLB
11                               )
                 Plaintiff,      )
12                               )   STIPULATION & ORDER CONTINUING
                                 )   STATUS CONFERENCE AND EXCLUDING
13       v.                      )   TIME UNDER THE SPEEDY TRIAL
                                 )
14                               )
    ROBERTO OLIVARES, ROJELIO    )
15  MARTIN,                      )
                                 )
16                               )
                 Defendants.     )
17  _____)

18

19      Defendants ROBERT OLIVARES, by and through his counsel of
20 record Jeff Hammerschmidt, ROJELIO MARTIN, by and through his
21 counsel of record Marshall Hodgkins, and plaintiff the United
22 States of America, by and through its counsel of record, hereby
23 jointly stipulate and respectfully request that the Status
24 Conference scheduled for September 24, 2012, at 1:00 p.m. be
25 continued to November 13, 2012, at 1:00 p.m.
26      The grounds for this stipulation are that a continuance of
27 time through November 13, 2012, is required to provide additional
28

---

STIPULATION & [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME
UNDER THE SPEEDY TRIAL
-1-

1  time for effective defense preparations, plea negotiations, and
2  consideration of a potential plea by the defendants.
3       The parties agree and stipulate that time should be excluded
4  in the interests of justice under 18 U.S.C. § 3161(h)(7)(A) and
5  (7)(B)(i) & (iv), in that the ends of justice served by the
6  continuance outweigh the interests of the public and the
7  defendant in a speedy trial.
8       IT IS SO STIPULATED.

9
Dated: September 21, 2012,         BENJAMIN B. WAGNER
10                                  United States Attorney
11
                                   By: /s/ Stanley A. Boone
12                                  STANLEY A. BOONE
                                   Assistant U.S. Attorney
13
14
15 DATED: September 21, 2012,       By: /s/ E. Marshall Hodgkins
                                   E. MARSHALL HODGKINS
16                                  Attorney for Defendant
                                   ROJELIO MARTIN
17
18
19
20 DATED: September 21, 2012,       By: /s/ Jeff Hammerschidt
                                   JEFF HAMMERSCHMIDT
                                   Attorney for Defendant
21                                  ROBERTO OLIVARES
22      IT IS SO ORDERED.
23      IT IS FURTHER ORDERED that for the reasons stated above the
24 court finds good cause to exclude time under the Speedy Trial Act
25 and time is excluded in the interests of justice under 18 U.S.C.
26 § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of justice
27 served by the continuance outweigh the interests of the public
28

and the defendant in a speedy trial from September 24, 2012 to and including November 13, 2012.

    IT IS SO ORDERED.

Dated: **September 21, 2012**      **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE