# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| **United States of America** ) | |
| vs. ) | **Case No.** 1:12-CR-00106-1 |
| **Roberto Olivares** ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Roberto Olivares_____ , have discussed with _____Dan Stark_____ , Pretrial Services Officer, modifications of my release conditions as follows:

Vacate the following condition: The defendant shall submit to drug and/or alcohol testing as directed by the PSO and pay all or part of the costs of testing based upon ability to pay as determined by the PSO.

All prior ordered conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     1/11/13     _____     01/11/2013
Signature of Defendant          Date          Pretrial Services Officer          Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                              1/15/2013
Signature of Assistant United States Attorney                    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              1-14-13
Signature of Defense Counsel                              Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ____1/15/13____ .

☐ The above modification of conditions of release is *not* ordered.

_____                              1/15/13
Signature of Judicial Officer                              Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services