BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  1:12-CR-00106 LJO |
| Plaintiff, | ) |
| v. | ) APPLICATION AND ORDER REGARDING ) FINANICAL DISCLOSURES |
| ROBERTO OLIVARES and ROGELIO MARTIN, | ) ) ) |
| Defendants. | ) ) ) |

On February 25, 2013, the Defendants herein, ROBERTO OLIVARES and ROGELIO MARTIN, entered guilty pleas to Counts One, Ten, Twenty, Thirty, Forty, Fifty, Sixty, Seventy, Seventy-seven and Seventy-nine of the Indictment, which charges them with Wire Fraud, in violation of 18 U.S.C. § 1343.

As part of their Plea Agreements with the United States, the Defendants agreed to make full and complete disclosure of their assets and financial condition, and to complete the United States Attorney's Office's "Authorization to Release Information" and "Financial Statement Pre-Sentencing Disclosure" (Financial Affidavit)

within five (5) weeks from the entry of defendants' change of plea (see Docs. ## 49 and 50, ¶3(j)). The Defendants also agreed to have the Court enter an order to that effect (id.).

Accordingly, the United States hereby applies for entry of an order as follows:

1. The Defendants herein, ROBERTO OLIVARES and ROGELIO MARTIN, are hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721, no later than April 1, 2013.

Dated: March 7, 2013                      BENJAMIN B. WAGNER
                                          United States Attorney


                                           /s/ Christopher D. Baker
                                          CHRISTOPHER D. BAKER
                                          Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>      Plaintiff,   )<br>  )<br>  v.   )<br>  )<br>ROBERTO OLIVARES and   )<br>ROGELIO MARTIN,   )<br>  )<br>      Defendants.   )<br>_____ )<br>  ) | NO.  1:12-CR-00106 LJO<br><br>ORDER REGARDING FINANCIAL<br>DISCLOSURES |

The Defendants herein, ROBERTO OLIVARES and ROGELIO MARTIN, are hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than April 1, 2013.

IT IS SO ORDERED.

Dated:  **March 7, 2013**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE