BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-CR-00106 LJO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO DISBURSE FUNDS FROM CERTAIN BANK ACCOUNTS |
| ROBERTO OLIVARES, | |
| Defendant. | |

WHEREAS, in or about June 2008, Bank of America was served with a search warrant and affidavit duly authorized by a judge of the Tulare Superior Court (the "Search Warrant") requesting certain information about and freezing certain bank accounts held in the name of "Robert Olivares" or business name "Success Income Tax or Success Auto Insurance;

WHEREAS, in response to a request set forth in the Search Warrant, Bank of America provided certain information about and froze certain bank accounts held in the name of "Robert Olivares" or business name "Success Income Tax or Success Auto Insurance;"

WHEREAS, the parties to this Stipulation understand that certain of those frozen bank accounts presently contain monies, including Personal Bank Account ending in x2722 (approximate balance $2,334),

-1-
STIPULATION AND [PROPOSED] ORDER TO DISBURSE FUNDS FROM ACCOUNTS

1  and Business Bank Account ending in x7379 (approximate balance
2  $376.41);
3      WHEREAS, the parties to this Stipulation wish to disburse all
4  the monies as set forth below in furtherance of satisfying the
5  sentence and restitution ordered in *United States v. Olivares et al.*,
6  (Case No. 1:12-cr-00106 LJO);
7      ACCORDINGLY, the parties hereby stipulate and apply for entry of
8  an order directing Bank of America to disburse all monies in Personal
9  Bank Account ending in x2722 and Business Bank Account ending in
10 x7379 and issue two cashier's checks in the total amount of the funds
11 presently on deposit in those two accounts, as set forth below:

   (1) Cashier's check payable to "Roberto Olivares" in the amount
   of $400 (less any fees associated with the drafting of these
   cashier's checks).  Bank of America shall transmit this check to
   "Jeffrey Hammerschmidt, Esq., 2445 Capitol Street, Suite 150
   Fresno, California 93721."

   (2) Cashier's check payable to "Clerk of the U.S. District
   Court" for the balance of the funds remaining in the two
   accounts (approximately $2,334), with the following note added
   to the check's memo section:  "For deposit, U.S. v. Olivares,
   1:12-cr-00106 LJO."  Bank of America shall transmit this check
   to "Clerk of the U.S. District Court, 501 I Street, Suite 4-200,
   Sacramento, California, 95814."

       AND FURTHER, that Bank of America, within 14 days of service of
   the Court's order, transmit said two cashier's checks to the
   ///
   ///
   ///
   ///
   ///
   ///
   ///

-2-
STIPULATION AND [PROPOSED] ORDER TO DISBURSE FUNDS FROM ACCOUNTS

1 | addresses noted above, along with a copy of this stipulation and the
2 | order entered thereon.
3 |
4 | Dated: October __, 2014         BENJAMIN B. WAGNER
   |                                 United States Attorney
5 |
6 |                            By:  /s/ Christopher D. Baker
   |                                 CHRISTOPHER D. BAKER
7 |                                 Assistant U.S. Attorney
8 |
9 |                                 ROBERTO OLIVARES
10|                                 Defendant
11|
12|                                  /s/
   |                                 JEFFREY HAMMERSCHMIDT
13|                                 Attorney for defendant
   |                                 Roberto Olivares

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-CR-00106 LJO |
| Plaintiff, | |
| v. | ORDER TO DISBURSE FUNDS FROM CERTAIN BANK ACCOUNTS |
| ROBERTO OLIVARES, | |
| Defendant. | |

In furtherance of satisfying the sentence and restitution ordered in this case, Bank of America shall disburse all monies in Personal Bank Account ending in x2722 and Business Bank Account ending in x7379 and issue two cashier's checks in the total amount of the funds on deposit in those two accounts, as set forth below:

(1) Cashier's check payable to "Roberto Olivares" in the amount of $400 (less any fees associated with the drafting of these cashier's checks). Bank of America shall transmit this check to "Jeffrey Hammerschmidt, Esq., 2445 Capitol Street, Suite 150 Fresno, California 93721."

(2) Cashier's check payable to "Clerk of the U.S. District Court" for the balance of the funds remaining in the two accounts (approximately $2,334), with the following note added to the check's memo section: "For deposit, U.S. v. Olivares, 1:12-cr-00106 LJO." Bank of America shall transmit this check to "Clerk of the U.S. District Court, 501 I Street, Suite 4-200, Sacramento, California, 95814."

///

ORDER TO DISBURSE FUNDS FROM ACCOUNT

Within 14 days of service of this Order, Bank of America shall transmit said two cashier's checks to the addresses noted above, along with a copy of this stipulation and the order entered thereon.

IT IS SO ORDERED.

Dated: **November 10, 2014**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE