PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROJELIO MARTIN AND ROBERTO OLIVARES<br><br>Defendants. | CASE NO. 1:12-CR-106 DAD<br><br>ORDER TO REFLECT A VICTIM'S NAME CHANGE AND DISBURSE RESTITUTION |

This matter is before the Court on the government's motion requesting that the Clerk of the Court reflect Victim Rosalinda Arzola's name change to Rosalinda Martinez, and be directed to pay any restitution in the Clerk's registry to Rosalinda Martinez.

The Court, having considered the motion of the United States, now finds that the motion should be, and hereby is, GRANTED.

IT IS HEREBY ORDERED that the financial unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to update Victim Rosalinda Arzola's name to Rosalinda Martinez, and to pay any restitution currently available and any future proceeds due to Rosalinda Arzola to Rosalinda Martinez.

IT IS SO ORDERED.

Dated: **June 28, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE